**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 98-1124**

─────────

DOUGLASS W. KREHNBRINK; WILLIAM H. KREHNBRINK;
DEBRA A. KREHNBRINK,

                                      Plaintiffs - Appellants,

     versus

MARYLAND STATE DEPARTMENT OF EDUCATION; EDWARD
W. WULKAN; BALTIMORE COUNTY PUBLIC SCHOOLS;
MAJORIE M. ROFEL; UNITED STATES DEPARTMENT OF
EDUCATION; NORMA CANTU; NAMED AND UNNAMED,

                                       Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-97-1829-WMN)

─────────

Submitted:  July 22, 1998          Decided:  August 5, 1998

─────────

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Douglass W. Krehnbrink, William H. Krehnbrink, Debra A. Krehnbrink,
Appellants Pro Se.  John Joseph Curran, Jr., Attorney General, Jo
Ann Grozuczak Goedert, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,
Baltimore, Maryland; Leslie Robert Stellman, BLUM, YUMKAS, MAILMAN,
GUTMAN & DENICK, P.A., Baltimore, Maryland; Lynne Ann Battaglia,
United States Attorney, Larry David Adams, Assistant United States
Attorney, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Douglass W. Krehnbrink, William H. Krehnbrink and Debra A. Krehnbrink appeal the district court's order dismissing this action brought predominantly pursuant to the civil remedies provisions of the Individuals with Disabilities Education Act. <u>See</u> 20 U.S.C.A. § 1415(i)(2)(A)(ii) (West Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Krehnbrink v. MD. St. Dep't of Ed.</u>, No. CA-97-1829-WMN (D. Md. Jan. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>